March 28, 2008

Mr. Eugene Paul Tausk
Hilder & Associates
819 Lovett
Houston, TX 77006

Ms. Pamela E. George
1201 McDuffie, No. 134
Houston, TX 77019
Mr. James Gregory Rytting
Hilder & Associates
819 Lovett Blvd
Houston, TX 77006

Mr. Michael Skadden
Michael Skadden & Associates, Attorneys
10001 Westpark #30
Houston, TX 77042

RE: Case Number: 07-0321
 Court of Appeals Number: 14-05-00489-CV&14-05-00488-CV
 Trial Court Number: 99-19105

Style: ANA MARIA TARQUIS ALFONSO
 v.
 MICHAEL SKADDEN

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Ed Wells |
| |Mr. Charles |
| |Bacarisse |